## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

## *Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

**CROWN POLY, INC., Plaintiff–Appellant,**

v.

**UNISTAR PLASTICS, LLC, Defendant–Appellee,**

and

**Bunzl Distribution California, LLC, and Bunzl Distribution USA, Inc., Defendants.**

**No. 05–1449.**

United States Court of Appeals, Federal Circuit.

June 13, 2006.

**CORUS STAAL BV, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

and

**United States Steel Corporation, Defendant–Appellee.**

**No. 05–1600.**

United States Court of Appeals, Federal Circuit.

June 13, 2006.

Rehearing En Banc Denied Sept. 12, 2006.

Before SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and BRYSON, Circuit Judge.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and LINN, Circuit Judge.